UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESUS R. SANCHEZ, | ) | Case No. 1:12 CV 793 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| | ) | ORDER |
| CORELOGIC SAFERENT, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's Motion to Transfer (ECF #14) and the parties' Joint Motion to Transfer Venue. (ECF #17) As both parties agree that this action is more properly venued in the District of Maryland, the motions to transfer venue are granted. Accordingly, pursuant to 28 U.S.C. § 1404(a) and by agreement of the parties, the Clerk of Courts is directed to transfer this action to the United States District Court for the District of Maryland. This action is terminated.

IT IS SO ORDERED.

_/s/Donald C. Nugent_
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

DATED: __August 16, 2012___